IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY K. GOLIN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CLIFF ALLENBY, Director of the California Department of Developmental Services, in his official and individual capacity, *et al.*,<br><br>Defendants. | No. C 03-04752 WHA<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE** |

On February 12, 2004, defendant County of Santa Clara moved ex parte for an order to enlarge time to file a reply brief to plaintiffs' opposition to its motion to dismiss. Plaintiffs' opposition was filed February 9, 2004, almost two weeks after its due date of January 29, 2004. The County, as a result, was unable to file a timely reply to the filing, which was extensive. The County also requested a continuance of the hearing date on its motion from February 19, 2004 to March 25, 2004. The County seeks to coordinate the timing of its motion with that of another motion to dismiss brought by defendant Malorie Street, which will be heard on March 25, 2004. The Court received a letter objection from plaintiff Jeffrey R. Golin concerning the timing of the County's ex parte request and whether the matter will be heard. A hearing is unnecessary. Finding that the County's request will further the efficient resolution of this matter and preserve the Court's time as well as that of the parties, the ex parte motion is **GRANTED**.

The following schedule will govern the proceedings to follow. The County has indicated that it will waive service as to two additional defendants who themselves intend to move to dismiss the complaint. Those defendants shall file any such motion by Thursday, February 19, 2004. To the extent they seek dismissal on the same grounds as those raised in the two motions to dismiss already on file, they shall so state and join in those motions without regurgitating the arguments. Additional arguments, particular to a defendant or otherwise not previously presented, will nonetheless be entertained. The same applies to plaintiffs. The opposition filed February 9, 2004, was lengthy. Plaintiffs shall not repeat arguments raised therein in any further opposition. Instead, plaintiffs may rely on their prior submission and limit their opposition to new issues raised by any additional motion. Further oppositions, if any, shall be filed by March 4, 2004. Replies, if any, are due by March 11, 2004. The issues will be heard Thursday, March 25, 2004, at 8:00 a.m. The case management conference currently set for February 19, 2004 is also continued to March 25, 2004.

**IT IS SO ORDERED.**

Dated: February 13, 2004.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2